NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FREDERICK W. BAUER,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7064

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 14-0132, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Frederick W. Bauer submits a motion entitled, "Petition for Extraordinary Redress-Remedy-Relief," seeking various relief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                          BAUER v. MCDONALD

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24